# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Board of Trustees of the Northern Illinois Benefit Fund, et al.<br><br>        Plaintiff,<br>V.<br>SWS Services, LLC, an Illinois limited liability company<br>        Defendants, | FILED: MAY 1, 2008<br>08cv2500 j. n.<br>JUDGE PALLMEYER<br>MAG. JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| NAME (Type or print) |  |
|---|---|
| PHILIP BRZOZOWSKI |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/Philip Brzozowski |  |
| FIRM |  |
| ARNOLD AND KADJAN |  |
| STREET ADDRESS |  |
| 19 WEST JACKSON BLVD. |  |
| CITY/STATE/ZIP |  |
| CHICAGO, IL. 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6288049 | (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?                              YES ☐        NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?                            YES ☑        NO ☐ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?                              YES ☐        NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐        NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>   RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ ||