## United States District Court for the Northern District of Illinois

Case Number: 08CV2500  Assigned/Issued By: J. N.

Judge Name: PALLMEYER  Designated Magistrate Judge: COX

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2743892

Date Payment Rec'd: 5-1-08   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
[ ] Citation to Discover Assets            _____
[ ] Writ _____              (Victim, Against and $ Amount)
     (Type of Writ)

_1_ Original and _0_ copies on _5-1-08_ as to _DEFENDANT_
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05