UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this court an attorney must either be a member in good standing of this court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

**BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS BENEFIT FUND,
BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS PENSION FUND,
BOARD OF TRUSTEES OF THE
NORTHERN ILLINOIS EDUCATION FUND,
BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS RETIREMENT FUND,**

       **Plaintiffs,**                                   **Case No. 08 C 2500**

      **v.**                                         **Judge Rebecca R. Pallmeyer
Magistrate Judge Susan E. Cox**

**SWS SERVICES, LLC,
an Illinois limited liability company,**

       **Defendant.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SWS SERVICES, LLC**

| SIGNATURE | /s/ Steven H. Adelman | |
|---|---|---|
| FIRM | Locke Lord Bissell & Liddell LLP | |
| STREET ADDRESS | 111 South Wacker Drive, Suite 4300 | |
| CITY/STATE/ZIP | Chicago, Illinois  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>00016071 | TELEPHONE NUMBER<br><br>(312) 443-0405 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES __X___ | NO _____ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES _____ | NO __X___ |

| |
|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES __X___    NO _____ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY:  YES __X___  NO _____ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  _____             APPOINTED COUNSEL  _____ |