UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>SWS SERVICES, LLC, an Illinois limited liability company,<br><br>        Defendant. | Case No. 08 C 2500<br><br>Judge Rebecca R. Pallmeyer<br>Magistrate Susan E. Cox |

## NOTICE OF MOTION

TO:   Philip Brzozowski
        philip.brzozowski@comcast.net
        Donald D. Schwartz
        dds3663@yahoo.com

Please take notice that on Thursday, May 22, 2008, at 8:45 a.m., or as soon thereafter as the matter may be heard, Defendant SWS Services, LLC, by and through its attorneys, shall appear before the Honorable Judge Rebecca R. Pallmeyer or whoever may be sitting in her stead, in the courtroom usually occupied by her, at the United States District Courthouse, 219 South Dearborn Street, Room 2119, Chicago, Illinois, and shall then and there present its Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is filed herewith.

Date:   May 19, 2008

-2-

        Respectfully submitted,

        SWS SERVICES, LLC


    By:     /s/ Steven H. Adelman
            One of Its Attorneys


Steven H. Adelman
Kevin D. Kelly
Erin R. Peterson
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
(312) 443-0405 (S. H. Adelman)
(312) 443-0217 (K. D. Kelly)
(312) 443-0415 (E. R. Peterson)

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing NOTICE OF MOTION for Defendant's Motion for Extension of Time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Philip Brzozowski    philip.brzozowski@comcast.net
    Donald D. Schwartz    dds3663@yahoo.com


    /s/ Steven H. Adelman