AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, et al.

PLAINTIFFS,

V.

SWS SERVICES, LLC, an Illinois limited
liability company

DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

DESIGNATED JUDGE

DESIGNATED
MAGISTRATE JUDGE:

08CV2500
JUDGE PALLMEYER
MAG. JUDGE COX

TO: (Name and address of Defendant)
SWS SERVICES, LLC
c/o its registered agent, Paul M. Mitchell
111 E. Jefferson Ave.
Naperville, IL 60540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 2, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

DATE: MAY 7, 2008 AT 5:00 PM

Service of the Summons and complaint was made by me[(1)]

NAME OF SERVER (PRINT): SCOTT POCIUS

TITLE: INVESTIGATOR

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ~~SWS SERVICES, LLC C/O ITS REGISTERED AGENT - PAUL M. MITCHELL WITH PERSONAL SERVICE TO LAW OFFICE RECEPTIONIST LORETTA TIKALSKY AT 111 E. JEFFERSON AVENUE, NAPERVILLE, IL. SHE CAN BE DESCRIBED AS A F/W, 50, BLONDE HAIR + GLASSES~~

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SWS SERVICES, LLC C/O ITS REGISTERED AGENT - PAUL M. MITCHELL WITH PERSONAL SERVICE TO LAW OFFICE RECEPTIONIST - LORETTA TIKALSKY AT THE LAW OFFICE - 111 E. JEFFERSON AVENUE, NAPERVILLE, IL. SHE WAS AUTHORIZED TO ACCEPT SERVICE. SHE CAN BE DESCRIBED AS A F/W, 50, BLONDE HAIR + GLASSES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/7/08

Signature of Server: Scott Pocius

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.