## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br>SWS SERVICES, LLC,<br>an Illinois limited liability company,<br><br>　　　　　Defendant. | No.　08 C 2500<br><br>Judge Rebecca R. Pallmeyer<br>Magistrate Judge Susan E. Cox |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant SWS SERVICES, LLC and pursuant to Federal Rule of Civil Procedure 7.1(a), makes the following disclosure to the Court:

(1)　SWS Services, LLC has no parent corporation;

(2)　There is no publicly held corporation that owns 10% or more of SWS Services, LLC.

Respectfully submitted,

SWS SERVICES, LLC

By:　　/s/ Steven H. Adelman
　　　One of Its Attorneys

CHI1 1501120v.1

-2-

Steven H. Adelman
Kevin D. Kelly
Erin R. Peterson
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
(312) 443-0405 (S. H. Adelman)
(312) 443-0217 (K. D. Kelly)
(312) 443-0415 (E. R. Peterson)

CHI1 1501120v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Philip Brzozowski | philip.brzozowski@comcast.net |
| Donald D. Schwartz | dds3662@yahoo.com |

                                        /s/ Steven H. Adelman