# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2500 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Northern Illinois Benefit Fund vs. SWS Services, LLC | | |

**DOCKET ENTRY TEXT**

On Plaintiff's oral request, the above cause is dismissed without prejudice. Rule 16 conference stricken.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|